EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re:* | |
|---|---|
| | 2022 TSPR 58 |
| Agustín Colón Dueño | 209 DPR _____ |

Número del Caso: TS-9,346


Fecha: 4 de mayo de 2022


Abogado de la parte peticionaria:

    Lcda. Noemí Caraballo López


Materia: Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br><br>Agustín Colón Dueño | TS-9,346 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de mayo de 2022.

Examinada la *Moción en Solicitud de Reconsideración*, se reinstala al Sr. Agustín Colón Dueño al ejercicio de la abogacía y la notaría.

Se le apercibe al licenciado Colón Dueño que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, así como atender diligentemente los señalamientos y requerimientos de este Tribunal y del Programa de Educación Jurídica Continua (PEJC).

Se ordena que el licenciado Colón Dueño recoja su obra notarial en el archivo correspondiente.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo